IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Division

| | |
|---|---|
| M. PETER LEIFERT, the NORTH CAROLINA GREEN PARTY, the GREEN PARTY OF THE UNITED STATES, the CONSTITUTION PARTY OF NORTH CAROLINA AND THE CONSTITUTION PARTY OF THE UNITED STATES And BRIAN IRVING, **Plaintiffs** Vs. NORTH CAROLINA STATE BOARD OF ELECTIONS **Defendant** | Case No.: 17-cv-147 Judge |

## NOTICE OF APPEARANCE:

To: The clerk of court and all parties of record

**COMES NOW, ALAN P. WOODRUFF,** a member in good standing of the Supreme Court of Tennessee, and files this notice of special appearance, *pro hac vice*, pursuant to Local Rule 83.1(d), as Lead Attorney for all Plaintiffs. I am affiliated with **KRIS V. WILLIAMS**, Kris V. Williams, Esq. whose address is PO Box 28, Sylva, NC 28779 and telephone number is 828-631-2300 and who is a member in good standing of the bar of this court and who will act as local counsel and co-counsel in this action

    ____s/s/ Alan P. Woodruff_____
    Alan P. Woodruff, Esq
    9 Turkey Toe Lane
    Arden, North Carolina 28704
    828-676-1245
    alan.jd.llm@gmail.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and exact copy of the foregoing was served on all counsel of record and interested parties via the Court's CM/ECF e-mail notification system on the 23rd day of February, 2017.

    ___s/s Alan. P. Woodruff_____
    Alan P. Woodruff, Esq