IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| **Plaintiff,** | ) ) ) ) | |
| v. | ) | Docket No. _____ |
|  | ) ) ) ) | |
| **Defendant.** | ) | |

**CONSENT TO JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, entry of a final judgment, and ruling on post-judgment matters. An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as any appeal from any other judgment of a district court.

_____ _____
**Date** **Signature**

_____ _____
**Date** **Signature**

**NOTE: Return this form to the Clerk of the Court if you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.**