# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| LEIFERT, et al.<br>*Plaintiff*<br>v.<br>N.C. STATE BOARD OF ELECTIONS, et al.<br>*Defendant* | )<br>)<br>) Case No. 1:17-cv-147<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

N.C. State Board of Elections and Kim Strach, as Executive Director

Date: 03/21/2017

/s/ James Bernier, Jr.
*Attorney's signature*

James Bernier, Jr. State Bar No. 45869
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh NC 27602

*Address*

jbernier@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, March 21, 2017, electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alan P. Woodruff
9 Turkey Toe Lane
Arden NC 28704
alan.jd.llm@gmail.com

Kris V. Williams
P.O. Box 28
Sylva NC 28779
kvwms@hotmail.com

This the 21st day of March, 2017.

/s/ James Bernier, Jr.
James Bernier, Jr.
Assistant Attorney General