IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-147

| | |
|---|---|
| M. PETER LEIFERT, NORTH CAROLINA GREEN PARTY, GREEN PARTY OF THE UNITED STATES, CONSTITUTION PARTY OF NORTH CAROLINA, CONSTITUTION PARTY OF THE UNITED STATES and BRIAN IRVING,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and KIM STRACH as Executive Director of the NC State Board of Elections,<br><br>Defendants, | ORDER |

This matter is before the court to extend the time of defendants NORTH CAROLINA STATE BOARD OF ELECTIONS and KIM WESTBROOK STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections, to answer or otherwise respond to the Plaintiffs' First Amended Complaint.

Based on the representations to the court and for good cause shown,

IT IS THEREFORE ORDERED, that the time for defendants to answer or otherwise respond to the Plaintiffs' First Amended Complaint, is hereby extended through and including May 4, 2017.

This the ____ day of _____, 2017

_____
United States District Judge