# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION
Case No.: 1: 17-cv-00147

| | |
|---|---|
| M. PETER LEIFERT, the NORTH CAROLINA GREEN PARTY, the GREEN PARTY OF THE UNITED STATES, the CONSTITUTION PARTY OF NORTH CAROLINA AND THE CONSTITUTION PARTY OF THE UNITED STATES and BRIAN IRVING,<br><br>**Plaintiffs,**<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS and KIM STRACH, as its Executive Director,<br><br>**Defendants.** | NOTICE OF APPEARANCE |

**COMES NOW,** S. MARK HENKLE, a member in good standing of the U.S. District Court for the Middle District of North Carolina, and files this notice of appearance as substitute local counsel for Alan P. Woodruff, Esq. and as co-counsel for all Plaintiffs.

Respectfully submitted, this the 27th day of March, 2017.

                                                /s/ S. Mark Henkle____
                                                S. Mark Henkle, Esq.
                                                Whited, DelForge, & Henkle, PLLC
                                                344 Maple Ave
                                                PO Box 1683
                                                Burlington, NC 27216-1683
                                                336-228-1433 ext 102
                                                mark@whitedlaw.com

# CERTITIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on all counsel of record and interested parties via the Court's CM/ECF e-mail notification system on the 27rd day of March, 2017.

This the 27th day of March, 2017.

/s/ S. Mark Henkle____
S. Mark Henkle, Esq.
Whited, DelForge, & Henkle, PLLC
344 Maple Ave
PO Box 1683
Burlington, NC 27216-1683
336-228-1433 ext 102
mark@whitedlaw.com