IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-147

| | |
|---|---|
| M. PETER LEIFERT, THE NORTH CAROLINA GREEN PARTY, THE CONSTITUTION PARTY OF NORTH CAROLINA, THE CONSTITUTION PARTY OF THE UNITED STATES, THE GREEN PARTY OF THE UNITED STATES, AND BRIAN IRVING,<br><br>Plaintiffs,<br><br>v.<br><br>KIM WESTBROOK STRACH in her official capacity as Executive Director of the North Carolina State Board of Elections,<br><br>Defendant, | MOTION TO STRIKE<br>FOURTH AMENDED COMPLAINT |

NOW COMES defendant, KIM WESTBROOK STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections, by and through her undersigned counsel, and hereby moves to strike Plaintiffs' purported "Fourth Amended Complaint" (Doc. #40). Pursuant to Fed. R. Civ. P. 15(a)(2), an amended pleading may not be filed without the opposing party's written consent or the court's leave. Plaintiffs had neither.[1]

Plaintiffs now seek to amend their complaint for a fourth time even though Defendant's Motion to Dismiss remains pending. It appears that Plaintiffs' attempt to

---

[1] Plaintiffs' counsel did inquire with undersigned counsel as to whether the Defendant would consent. Defendant, through an email from her counsel, declined to consent. A copy of this email can be submitted if desired.

amend their complaint again is precipitated by Senate Bill S656 (S.L. 2017-214), which mooted a number of Plaintiffs' claims by granting the relief they seek.  As such, dismissal of those affected claims would be more appropriate rather than filing another amended complaint, which would require a separate motion to dismiss and additional briefings.

Defendant has maintained throughout its motions to dismiss and supporting memorandums (s*ee* Docs #14, #15, #32, #33) that the various amended complaints have failed to state a claim that is legally feasible.  Plaintiffs' amendments have not cured these deficiencies, and they have not sought to do so.  Rather, Plaintiffs continue to add additional unsupported claims.

Plaintiffs' continuing amendments are futile, especially in light of Defendant's Motions to Dismiss, and allowing yet another amendment is prejudicial to Defendant, especially when the amendment is without a motion as to why the amendment is being sought.

This the 21st day of November, 2017.

                    JOSHUA H. STEIN
                    Attorney General

                    /s/ James Bernier, Jr.
                    James Bernier, Jr.
                    Special Deputy Attorney General
                    N.C. State Bar No. 45869
                    Email: jbernier@ncdoj.gov
                    N.C. Department of Justice
                    Post Office Box 629
                    Raleigh, NC 27602-0629
                    Telephone: (919)716-6900

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter, including:

Alan P. Woodruff, Esq.
Counsel for Plaintiffs
3394 Laurel Lane SE
Southport, NC 28461
910-854-0329
alan.jd.llm@gmail.com

S. Mark Henkle
MARTINEAU KING, PLLC
8701 Red Oak Blvd.
P.O. Box 31188
Charlotte, NC 28231
mhenkle@martineauking.com

This the 21st day of November, 2017.

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General