IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No.: 1:17-cv-00147 WO/JLW

| | |
|---|---|
| M. PETER LEIFERT, the NORTH CAROLINA GREEN PARTY, the GREEN PARTY OF THE UNITED STATES, <br><br> **Plaintiffs** <br> Vs. <br><br> KIM WESTBROOK STRACH in her official capacity as Executive Director of the North Carolina State Board of Elections <br> **Defendant** | ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS

**COME NOW**, **CONSTITUTION PARTY OF NORTH CAROLINA** and the **CONSTITUTION PARTY OF THE UNITED STATES** and give this notice of their withdrawal as Plaintiffs in this action and dismissal *without prejudice* of their claims as asserted in the now superseded Third Amended Complaint filed in this action.

          ____s/s/ S. Mark Henkle____
          S. Mark Henkle, Esq
          Counsel for Plaintiffs
          Martineau King, PLLC
          8701 Red Oak Blvd.
          P.O. Box 31188
          Charlotte, North Carolina 28231
          704-247-8525
          mhenkle@mantineauking.com

          ___/s/s/_Alan P. Woodruff___
          Alan P. Woodruff, Esq.
          Counsel for Plaintiffs
          3394 Laurel Lane S.E.
          Southport, North Carolina 28461
          (910) 854-0329
          alan.jd.llm@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing was served on all counsel of record and interested parties including James Bernier, Jr. Esq., counsel for defendants, Assistant Attorney General, N.C. Department of Justice, P.O. Box 629, Raleigh, North Carolina, 27602-0692 via the Court's CM/ECF e-mail notification system on the 21st day of November, 2017.

                                                  ___s/s Alan P. Woodruff_____
                                                  Alan P. Woodruff, Esq